**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

FILED
CLERK, U.S. DISTRICT COURT

9/17/2024

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ MMC _____ DEPUTY

UNITED STATES OF AMERICA,

                       PLAINTIFF

          v.

RYAN JAMES WEDDING,
   aka "James Conrad King,"
   aka "~R137,"
   aka "~PE,"
   aka "~3.14,"
   aka "R,"
   aka "RW,"
   aka "Mexi,"
   aka "El Jefe,"
   aka "El Toro,"
   aka "Boss,"
   aka "Buddy,"
   aka "Giant,"
   aka "Grande,"
   aka "Public,"
   aka "Public Enemy,"
   aka "NPKY8WY7,"
   aka "FUJ93HXR,"
ANDREW CLARK,
   aka "~Mero güero,"
   aka "~The Dictator,"
   aka "~El manda mas,"
   aka "~el chiquito loco,"
   aka "~el niño problemático,"
   aka "~The Dick,"
   aka "El Guapo,"
   aka "Mero Wero,"
   aka "Dick,"
   aka "Dictator,"
   aka "New Dict,"
   aka "DCY87D3T,"
   aka "U9BM5XPD,"
   aka "6YFRTV3P,"
   aka "8ZEDZR2D,"
   aka "J57629UV,"
   aka "ZFJJX7EF,"
HARDEEP RATTE,
   aka "~PP,"
   aka "~diamond,"
   aka "~GEARZ,"
   aka "Uncle,"
   aka "Tio,"
   aka "9HW2UZZK,"
   aka "ZER4X4H7,"
   aka "BZUH5P4M,"
GURPREET SINGH,
   aka "~FARMER,"
   aka "~Poppey 1,"
   aka "Popey,"
   aka "Z7S6CMNZ,"

Initial Indictment:

24-cr-369-SPG

_____
Case number to be assigned by Criminal Intake Clerk

Superseding Indictment:

24-cr-369(A)-SPG

_____
Case number to be assigned by Criminal Intake Clerk

**NOTICE TO COURT OF COMPLEX**
**CRIMINAL CASE**

(To be filed at the time the Indictment is filed or upon the filing of a Superseding Indictment in a case not previously identified as complex)

aka "KU7TPJKB,"
   aka "KDXJBUUT,"
GENNADII BILONOG,
   aka "John,"
CARLOS ALBERTO PEÑA GOYENECHE,
   aka "W7ZZTY4Y,"
RAKHIM IBRAGIMOV,
   aka "George,"
   aka "Russian,"
NAHIM JORGE BONILLA,
   aka "Nahhim,"
   aka "The One,"
   aka "$,"
   aka "4SSP8KTR,"
MALIK DAMION CUNNINGHAM,
   aka "Jamal Abukar,"
   aka "~MrPerfect,"
   aka "YBWZYA9W,"
JOEL SOSA CARDENAS,
ANDRES FELIPE PUCCETTI IRIARTE,
   aka "Lala kid,"
ANTHONY MENDOZA LOPEZ,
ANSELMO ACUNA GARCIA,
   aka "El Perro,"
   aka "The Dog,"
JUAN MANUEL QUIROZ JIMENEZ,
IQBAL SINGH VIRK,
   aka "Mark," and
RANJIT SINGH ROWAL,

DEFENDANT(S)

---

☐ **Initial Indictment**

Upon a careful review of the initial indictment, it is the opinion of the United States Attorney's Office that this case qualifies as complex because:

☐ There are eight (8) or more defendants. The number of defendants is _____.

and/or

☐ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is _____ trial days.

---

☒ **Superseding Indictment**

Upon a careful review of the __first__ superseding indictment, it is the opinion of the United States Attorney's Office that this case now qualifies as complex because:

☒ There are eight (8) or more defendants. The number of defendants is ___16___. The previous number of defendants was ___2___.

and/or

---

CR-63 (09/14)                    **NOTICE TO COURT OF COMPLEX CRIMINAL CASE**

☒ The presentation of the evidence in the Government's case-in-chief (including cross-examination) will exceed twelve (12) trial days. The current estimate is ___15___ trial days. The previous estimate was ___7___ trial days.

September 17, 2024
_____

Date

_____

LYNDSI ALLSOP
MARIA JHAI
Assistant United States Attorneys