FILED
CLERK, U.S. DISTRICT COURT
3/3/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

## U.S. District Court
### DISTRICT OF ARIZONA (Phoenix Division)
### CRIMINAL DOCKET FOR CASE #: 2:25-mj-03079-MTM All Defendants

### 2:24-cr-00369-SPG-2

| | |
|---|---|
| Case title: USA v. Clark | Date Filed: 03/03/2025 |
| Other court case number: 2:24-cr-369(A)-SPG Central District of California | Date Terminated: 03/03/2025 |

Assigned to: Magistrate Judge Michael T Morrissey

**Defendant (1)**

Andrew Clark
63669-511
*TERMINATED: 03/03/2025*

represented by **Mark Jeffrey Andersen**
Law Office of Mark J Andersen
455 W Orchard Way
Gilbert, AZ 85233
480-800-9254
Fax: 480-507-9915
Email: mark@andersenlawaz.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: CJA Appointment

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| Rule 5 Superseding Indictment | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Jason Thomas Crowley**<br>US Attorneys Office - Phoenix, AZ<br>2 Renaissance Square<br>40 N Central Ave., Ste. 1800<br>Phoenix, AZ 85004-4408<br>602-514-7558<br>Email: Jason.Crowley@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Assistant US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/27/2025 | 1 | Arrest (Rule 5 out of the Central District of California) of Andrew Clark. (KGM) (Entered: 03/03/2025) |
| 03/03/2025 | 3 | MINUTE ENTRY for proceedings held before Magistrate Judge Michael T Morrissey: Initial Appearance in Rule 5(c)(3) Proceedings as to Andrew Clark held on 3/3/2025. FINANCIAL AFFIDAVIT TAKEN. Appointing CJA Attorney Mark Jeffrey Andersen on behalf of Defendant. Rule 5(c)(3) Identity Hearing waived. The Court Finds Defendant is the individual identified in the Superseding Petition and warrant. Defendant reserves his right to a Detention Hearing for the charging district. Order of Commitment to issue.<br><br>As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.<br><br>**Appearances**: AUSA Jason Crowley for the Government, CJA Attorney Mark Andersen for Defendant. Defendant is present and in custody. (Recorded by COURTSMART.) Hearing held 10:47 AM to 10:52 AM. This is a TEXT ENTRY ONLY. There is no PDF document associated with this entry. (KGM) (Entered: 03/03/2025) |
| 03/03/2025 | 4 | SEALED CJA 23 Financial Affidavit by Andrew Clark. (KGM) (Entered: 03/03/2025) |
| 03/03/2025 | 5 | ORDER: Pursuant to Rule 5(f) of the Federal Rules of Criminal Procedure, the United States is ordered to disclose in a timely manner all exculpatory evidence to the defendant(s), that is, all evidence that is favorable to the defendant(s) or tends to cast doubt on the United States' case, as required by *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny. Failure to comply with this order may result in consequences, including, but not limited to, the reversal of any conviction, the exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, and/or sanctions by the Court.<br><br>Ordered by Magistrate Judge Michael T Morrissey.(KGM)(This is a TEXT ENTRY ONLY. There is no pdf document associated with this entry.) (Entered: 03/03/2025) |
| 03/03/2025 | 6 | COMMITMENT TO ANOTHER DISTRICT as to Andrew Clark. Defendant committed to Central District of California. Signed by Magistrate Judge Michael T Morrissey on 3/3/2025. (KGM) (Entered: 03/03/2025) |
| 03/03/2025 | 7 | Notice to Central District of California of a Rule 5 or Rule 32 Initial Appearance as to Andrew Clark. Your case number is: 2:24-cr-369(a)-SPG. Please use PACER Court Links to access the public docket and documents. Any necessary sealed or ex parte documents will be sent in a separate e-mail.<br><br>*(If you wish to designate a different email address for future transfers, please send your* |

| | | *request to the national list host at InterdistrictTransfer_TXND@txnd.uscourts.gov.)* (KGM) Modified on 3/3/2025 (KGM). (Entered: 03/03/2025) |

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America** | **Case Number: 25-03079MJ-001-PHX-MTM** |
| v. | **Charging District's Case No.** |
| **Andrew Clark** | 2:24-cr-00369(a)-SPG |

**COMMITMENT TO ANOTHER DISTRICT**

The defendant has been ordered to appear in the Central District of California. The defendant may need an interpreter for this language: N/A.

The defendant:   ☐ will retain an attorney.

☒ is requesting court-appointed counsel.

The defendant remains in custody after the initial appearance.

**IT IS ORDERED:** The United States marshal must transport the defendant, together with a copy of this order, to the charging district and deliver the defendant to the United States marshal for that district, or to another officer authorized to receive the defendant. The marshal or officer in the charging district should immediately notify the United States attorney and the clerk of court for that district of the defendant's arrival so that further proceedings may be promptly scheduled. The clerk of this district must promptly transmit the papers and any bail to the charging district.

Dated this 3rd day of March, 2025.

Honorable Michael T. Morrissey
United States Magistrate Judge

AO 94 (Rev. 06/09)  Commitment to Another District