Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

'25 MAR 24 AM 8:58

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
| V. | 24-cr-369(A)-SPG - 2 |
| PLAINTIFF | |
| ANDREW CLARK | REPORT COMMENCING CRIMINAL ACTION |
| USMS# 63669-511 | |
| DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 03/24/20 at ☒ AM ☐ PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   21 USC 846

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: 1990

8. Defendant has retained counsel:  ☒ No
   ☒ Yes  Name: Matthew Lombard  Phone Number: 434-371-9029

9. Name of Pretrial Services Officer notified: DUTY

10. Remarks (if any): _____

11. Name: A. Kirby  (please print)

12. Office Phone Number: 213-559-5841

13. Agency: USMS

14. Signature: A. Kirby

15. Date: 03/24/2025

CR-64 (09/20)    REPORT COMMENCING CRIMINAL ACTION