MATTHEW J. LOMBARD, ESQ. (SBN: 239910)
LAW OFFICES OF MATTHEW J. LOMBARD
11400 West Olympic Boulevard, Suite 1500
Los Angeles, California 90064

Tel:        (424) 371-5930
Fax:       (310) 392-9029
E-Mail:   mlombard@lombardlaw.net

Attorney for Defendant
ANDREW CLARK

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 24-CR-00369-SPG-2 |
| Plaintiff, | |
| v. | **MOTION FOR JOINDER IN CO-DEFENDANT'S OPPOSITION TO THE GOVERNMENT'S EX PARTE APPLICATION FOR A PROTECTIVE ORDER REGARDING DISCOVERY** |
| ANDREW CLARK, | |
| Defendants. | |

Defendant, Andrew Clark, files this motion for joinder through undersigned counsel. Specifically, Mr. Clark respectfully moves to join in the following motions filed in this case:

• Defendant Joel Sosa Cardenas' Opposition to The Government's *Ex Parte Application* For A Protective Order Regarding Discovery (ECF 136)

DATED: April 18, 2025                    Respectfully submitted,

                                        */s/ Matthew J. Lombard*
                              By:       _____
                                        MATTHEW J. LOMBARD
                                        Attorney for Defendant
                                        Andrew Clark