BILAL A. ESSAYLI
United States Attorney
LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division
LYNDSI ALLSOP (Cal. Bar No. 323485)
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
MARIA JHAI (Cal. Bar No. 283059)
Assistant United States Attorney
Violent & Organized Crime Section
     1300 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-3165/4138
     Facsimile: (213) 894-3713/0141
     E-mail:    lyndsi.allsop@usdoj.gov
                maria.jhai@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>ANDREW CLARK,<br><br>          Defendant. | No. CR 2:24-00369(A)-SPG-2<br><br>NOTICE RE DEATH PENALTY FOR DEFENDANT ANDREW CLARK |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorneys Lyndsi Allsop and

//
//
//
//
//
//

Maria Jhai, hereby provides notice that the United States of America will not seek the death penalty for defendant ANDREW CLARK.

Dated: April 22, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney

LINDSEY GREER DOTSON
Assistant United States Attorney
Chief, Criminal Division

          /s/
LYNDSI ALLSOP
MARIA JHAI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA